# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kazen, John A. | US District & Bankruptcy Court - Southern District of Texas | 12/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>11/30/2018 |

**7. Chambers or Office Address**

United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Kazen, Meurer & Perez, LLP |
| 2. | Board of Directors | ▓▓▓▓▓▓▓▓ |
| 3. | Board of Directors | ▓▓▓▓▓▓▓▓. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Three year buyout of my partnership interest in my former law firm, Kazen, Meurer & Perez LLP. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, John A. | 12/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Kazen, Meurer & Perez LLP (partner income) | $76,001.14 |
| 2. 2017 | Kazen, Meurer & Perez LLP (partner income) | $285,672.00 |
| 3. 2017 | Hilton Buffalo Thunder Resort Casino (slot win) | $2,164.00 |
| 4. 2016 | Kazen, Meurer & Perez LLP (partner income) | $297,648.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▨▨▨▨▨▨▨▨▨ (salary) |
| 2. 2018 | ▨▨▨▨▨▨▨▨▨ (salary) |
| 3. 2017 | ▨▨▨▨▨▨▨▨▨ (salary) |
| 4. 2017 | ▨▨▨▨▨▨▨▨▨ (salary) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, John A. | 12/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Texas Community Bank | Line of credit for former law firm | None |
| 2. BBVA Compass | Commercial Mortgage for former law firm | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, John A. | 12/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BBVA Compass (cash) | A | Interest | M | T | Exempt | | | | |
| 2.  USAA Federal Savings Bank (cash) | A | Interest | K | T | | | | | |
| 3.  Mineral Interest, Shackelford County, Texas | A | Royalty | J | S | | | | | |
| 4.  Kazen, Meurer & Perez LLP (buyout note) | A | Interest | L | T | | | | | |
| 5.  IRA #1 (H) | | | | | | | | | |
| 6.  Fidelity Govt Cash Reserves (FDRXX) | A | Dividend | M | T | | | | | |
| 7.  Fidelity Canada (FICDX) | | None | K | T | | | | | |
| 8.  Fidelity 500 Index Premium Cl (FUSVX) | A | Dividend | K | T | | | | | |
| 9.  Fidelity Select Health Care (FSPHX) | | None | K | T | | | | | |
| 10.  Fidelity Select Defense & Aerospace (FSDAX) | | None | K | T | | | | | |
| 11.  AMG Yacktman Fund I (YACKX) | | None | K | T | | | | | |
| 12.  Icon Energy Cl S (ICENX) | | None | K | T | | | | | |
| 13.  Janus Henderson Gl Life Sciences T (JAGLX) | | None | K | T | | | | | |
| 14.  Third Ave Real Estate Val Instl (TAREX) | | None | K | T | | | | | |
| 15.  Direxion Monthly 10 Yr Note Bull 2x Inv (DXKLX) | | None | | | | | | | |
| 16.  Loomis Sayles Bond Retail Shares (LSBRX) | A | Dividend | K | T | | | | | |
| 17.  IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, John A. | 12/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Independence (FDFFX) | | None | K | T | | | | | |
| 19. IRA #3 (H) | | | | | | | | | |
| 20. Hennessy Gas Utility Investor Cl (GASFX) | A | Dividend | J | T | | | | | |
| 21. BROKERAGE #1 (H) | | | | | | | | | |
| 22. Fidelity Govt Money Mkt (SPAXX) | A | Dividend | K | T | | | | | |
| 23. Driehaus Emerging Mkts (DREGX) | | None | J | T | | | | | |
| 24. First Eagle Gold Class A (SGGDX) | | None | J | T | | | | | |
| 25. Hennessy Gas Utility Inv Cl (GASFX) | A | Dividend | J | T | | | | | |
| 26. Pimco Income Fund Cl D (PONDX) | A | Dividend | | | | | | | |
| 27. Pimco Income Fund Cl A (PONAX) | A | Dividend | K | T | | | | | |
| 28. Fidelity Municipal Money Market (FTEXX) | A | Dividend | J | T | | | | | |
| 29. Apple Inc (AAPL) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, John A. | 12/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: Terminated upon taking the bench.

Part VII, line 3: Assessed in 2018 at $1,005.00.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, John A. | 12/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Kazen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544